UNITED STIATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH AMOS NELSON,

           Petitioner,

  v.

ISRAEL JACQUEZ,

           Respondent.

Case No. 2:22-cv-00615-DGE-TLF

ORDER DISMISSING PETITION

The Court, having reviewed the Report and Recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation (Dkt. No. 7);

(2)     Petitioner's federal habeas corpus petition is DISMISSED without prejudice;

(3)     A certificate of appealability is DENIED; and

(4)     The Clerk is directed to send copies of this Order to petitioner and to Magistrate Judge Theresa L. Fricke.

Dated this 11th day of July 2022.

David G. Estudillo
United States District Judge

ORDER DISMISSING PETITION - 1